UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON WAYNE McNEAL, | No. 2:21-cv-02137-WBS-JDP (PC) |
| Plaintiff, | |
| v. | ORDER |
| FLEMING, et al., | |
| Defendants. | |

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On October 4, 2022, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff filed untimely objections to the findings and recommendations on October 28, 2022, which the court has nevertheless considered.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed October 4, 2022, are adopted in full;

1

2. This action is dismissed without leave to amend as time-barred; and

3. The Clerk of Court is directed to close this case.

Dated: November 9, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE